# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FELIX SKIDE, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-59 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Felix Skide ("Skide") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, **DENIES** Skide's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Skide *in forma pauperis* status on appeal.

**SO ORDERED**, this 20 day of December, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)